| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br><br>**FOR CALENDAR YEAR 2004** | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Miles-LaGrange, Vicki L | 2. Court or Organization<br><br>Western District of Oklahoma | 3. Date of Report<br><br>5/15/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (active) | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br><br>200 N.W. 4th Street/Rm 5011<br><br>Oklahoma City, Ok 73102 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Trustee | Vassar College |
| 2. | Trustee | Oklahoma Foundation for Excellence |
| 3. | President | Beta Sigma Omega Chapter, Alpha Kappa Alpha Sorority, Inc. |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |

RECEIVED 2005 MAY -6 A 10:01 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Alpha Kappa Alpha Sorority, Inc. Feb 6-8 | Founders' Day Speaker/Las Vegas, NV (transportation,lodging,meals) |
| 2. | Vassar College - Feb 26-28 | Board of Trustees Meeting/Poughkeepsie, NY (transportation, lodging, meals) |
| 3. | Alpha Kappa Alpha Sorority, Inc.-Mar 25-28 | Regional Conference/Osage Beach, MO (transportation, lodging, meals) |
| 4. | Northwestern University, Apr 4-5 | Panelist for Int'l Law Symposium (transportation, lodging, meals) |
| 5. | Int'l Intellectual Property Institute, May 10-11 | Speaker on Administration of Justice Issues, Washington, D.C. (transportation, lodging, meals) |
| 6. | American Bar Association, May 29-Jun 4 | Speaker, Judicial Ethics & Financial Disclosure, Nairobi, Kenya (transportation, lodging, meals) |
| 7. | Alpha Kappa Alpha Sorority, Inc., Jul 9-11 | Risk Mgmt Task Force Meeting, Chicago, IL (transportation, lodging, meals) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 8.  Alpha Kappa Alpha Sorority, Inc., Jul 12-18 | National Meeting, Nashville, TN (transportation, lodging, meals) |

## V.  GIFTS.  (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI.  LIABILITIES.  (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Tiber Island Cooperative Homes | Individual note on rental property #1-Washington, D.C. (Pt. VII, Line 1) | K |
| 2. | Tiber Island Cooperative Homes | Blanket mortgage with Cooperative on rental property #1, Washington, D.C. (Pt. VII, line 1) | J |
| 3. | Stillwater National Bank | Mortgage on rental property #2 - Oklahoma City, OK (Pt. VII, line 5) | K |
| 4. | John Temple | Promissory Note on undeveloped land attached to rental Property #2 Oklahoma City, OK (Pt. VII, line 5) | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Miles-LaGrange, Vicki L | 5/15/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental property #1, Washington, D.C. | D | Rent | W | W | | | | | |
| 2. Undeveloped Land/Ocala, FL | | None | J | W | | | | | |
| 3. Oklahoma State Employees Retirement | | None | K | W | | | | | |
| 4. Rental Property #2, Oklahoma City, OK | B | Rent | L | W | | | | | |
| 5. Undeveloped land, Oklahoma City, Ok attached to property #2 | | None | K | W | | | | | |
| 6. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Miles-LaGrange, Vicki L | 5/15/2005 |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Miles-LaGrange, Vicki L | 5/15/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ███████████████

Date _April 29, 2005_

NOTE: A██████████████████████████████LY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544